**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JOSE M. VEGA,

                Petitioner,

v.                                    Case No. 6:07-cv-1964-Orl-35GJK

SECRETARY, DEPARTMENT OF
CORRECTIONS, ATTORNEY GENERAL
FOR THE STATE OF FLORIDA,

                Respondents.
_____

## **ORDER**

This case is before the Court on the following motions:

1.

| MOTION: | **PETITIONER'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 25)** |
|---|---|
| FILED: | **June 10, 2009** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2.

> **MOTION:** PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 24)
>
> **FILED:** June 10, 2009
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

This Court should grant an application for certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.[1]

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 7th day of July 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sa 7/7
Counsel of Record
Jose M. Vega

---

[1] Petitioner's Notice of Appeal (Doc. No. 23, filed June 10, 2009) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).